JOHN E. PEER – State Bar No. 95978
GREGORY B. SCHER – State Bar No. 137228
**WOOLLS & PEER**
A Professional Corporation
One Wilshire Boulevard,
2nd Floor
Los Angeles, California 90017
Telephone:  (213) 629-1600
Facsimile:   (213) 629-1660
jpeer@woollspeer.com
gscher@woollspeer.com

Attorneys for Plaintiff and
Counter-Defendant
CENTURY SURETY COMPANY

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY SURETY COMPANY<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROBIN SINGH EDUCATIONAL SERVICES, INC. dba TESTMASTERS and dba SCOREPERFECT, ROBIN SINGH, individually.<br><br>　　　　Defendants. | Case No. CV-06-8066 CAS (Ex)<br><br>**ORDER RE STIPULATION TO DISMISS ALL CAUSES OF ACTION**<br>(FRCP 15(a), 41(a)) |
| ROBIN SINGH EDUCATIONAL SERVICES, INC. dba TESTMASTERS and dba SCOREPERFECT, and ROBIN SINGH individually,<br><br>　　　　Counter-claimants,<br><br>　v.<br><br>CENTURY SURETY COMPANY,<br><br>　　　　Counter-defendant. | |

　　　The Court, having considered the parties' Stipulation to Dismiss All Causes of Action, all claims in set forth in the Complaint are hereby dismissed with prejudice based upon the parties' settlement agreement dated October 21, 2008.  This dismissal

1 resolves all remaining claims and causes of action, the counter-claims having been
2 previously dismissed on summary judgment.
3    The Court retains jurisdiction to enforce the terms of the settlement agreement.
4    IT IS SO ORDERED.

6 DATED: November 5, 2008       By: *Christina A. Snyder*
7                HON. CHRISTINA A. SNYDER
                 UNITED STATES DISTRICT JUDGE

WOOLLS & PEER
A Professional Corporation
One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28